BOND RECOMMENDATION: To be determined

KCH/ds

AO 442 (Rev.5/85) Warrant for Arrest

19-mj-5027

# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MOBAHSAR ZAFAR TAHIR

**WARRANT FOR ARREST**

CASE NUMBER: 8:13 CR 269 T 27 TGW

*[FILED stamp: FEB 11 2019, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

*[SEALED stamp]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MOBAHSAR ZAFAR TAHIR and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with possession with intent to distribute synthetic marijuana, maintaining a drug premises and endangering human life.

In violation of Title 21, United States Code, Sections 841(a)(1), 856 and 858.

*[RECEIVED stamp: 2013 MAY 24 AM 8:54, MIDDLE DIST. OF FLORIDA TAMPA, U.S. MARSHAL]*

| | |
|---|---|
| **Sheryl L. Loesch** | **Clerk, United States District Court** |
| Name & Title of Judicial Officer | Title of Issuing Officer |
| *[signature]* | 5/24/13 Tampa FL |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*[COPY stamp]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:13-Cr- 269   27+6M

MOBASHAR ZAFAR TAHIR              21 U.S.C. § 841(a)(1)
                                                       21 U.S.C. § 856(a)(1)
                                                       21 U.S.C. § 858
                                                       21 U.S.C. § 853 (Forfeiture)

### INDICTMENT    SEALED

The Grand Jury charges:

### COUNT ONE

On or about July 24, 2012, in the Middle District of Florida, the defendant,

MOBASHAR ZAFAR TAHIR,

did knowingly and willfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of AM-2201, a Schedule I controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWO

On or about July 24, 2012, in the Middle District of Florida, the defendant,

MOBASHAR ZAFAR TAHIR,

did knowingly open, use and maintain the premises at 24349 Breezy Oak Court in Land'O'Lakes for the purpose of manufacturing and distributing a controlled substance,

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18 United States Code, Section 2.

## COUNT THREE

On or about July 24, 2012, in the Middle District of Florida, the defendant,

MOBASHAR ZAFAR TAHIR,

while manufacturing and attempting to manufacture a controlled substance, as charged in Counts One and Two of this Indictment, did create a substantial risk of harm to human life,

All in violation of Title 21, United States Code, Section 858 and Title 18, United States Code, Section 2.

## FORFEITURE

1.  The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2.  From his engagement in any or all of the violations alleged in Counts One through Three punishable by imprisonment for more than one year, the defendant,

2

MOBASHAR ZAFAR TAHIR,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title and interest in:

    a.     property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations; and

    b.     property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3.     Property subject to forfeiture includes, but is not limited to, the following:

A forfeiture money judgment in the amount the amount of proceeds the defendant obtained as a result of the conduct alleged in Count One of the Indictment.

4.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred, sold to or deposited with, a third person;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), up to the value of the forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
KELLEY C. HOWARD-ALLEN
Assistant United States Attorney

By: _____
ROBERT MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
APR 1991

Case No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MOBAHSAR ZAFAR TAHIR

## INDICTMENT

Violations: Title 21, United States Code, Sections 841(A)(1); 856(A)(1) AND 858

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of May, 2013.

_____
Clerk

Bail $ _____

T:\_Criminal Cases\T\Tahir, Mobashar_2012R01945_kch\l_Indictment Back.wpd

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2013 MAY 23 P: 3: 

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-269T27TBM

MOBAHSAR TAHIR



**ORDER**

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant.

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 23rd day of May, 2013.

ELIZABETH A. JENKINS
United States Magistrate Judge

2

BOND RECOMMENDATION: To be determined                             KCH/ds
AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MOBAHSAR ZAFAR TAHIR

**WARRANT FOR ARREST**

CASE NUMBER: 8:13-cr-269-T-27-EM

To: The United States Marshal
and any Authorized United States Officer

*SEALED*

YOU ARE HEREBY COMMANDED to arrest MOBAHSAR ZAFAR TAHIR and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with possession with intent to distribute synthetic marijuana, maintaining a drug premises and endangering human life.

In violation of Title 21, United States Code, Sections 841(a)(1), 856 and 858.

RECEIVED 2013 MAY 24 AM 8:54 MIDDLE DIST. OF FLORIDA TAMPA U.S. MARSHAL

| Sheryl L. Loesch | Clerk, United States District Court |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| *(signature)* | 5/24/13  Tampa FL |
| Signature of Issuing Officer | Date and Location |
| *(signature)* | |
| (By) Deputy Clerk | |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**COPY**

Case 1:19-mj-05027-MJR   Document 1   Filed 02/11/19   Page 12 of 16

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.   8:13-Cr- 269 27 T6M

MOBASHAR ZAFAR TAHIR          21 U.S.C. § 841(a)(1)
                              21 U.S.C. § 856(a)(1)
                              21 U.S.C. § 858
                              21 U.S.C. § 853 (Forfeiture)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 24, 2012, in the Middle District of Florida, the defendant,

MOBASHAR ZAFAR TAHIR,

did knowingly and willfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of AM-2201, a Schedule I controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWO

On or about July 24, 2012, in the Middle District of Florida, the defendant,

MOBASHAR ZAFAR TAHIR,



did knowingly open, use and maintain the premises at 24349 Breezy Oak Court in Land'O'Lakes for the purpose of manufacturing and distributing a controlled substance,

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18 United States Code, Section 2.

## COUNT THREE

On or about July 24, 2012, in the Middle District of Florida, the defendant,

MOBASHAR ZAFAR TAHIR,

while manufacturing and attempting to manufacture a controlled substance, as charged in Counts One and Two of this Indictment, did create a substantial risk of harm to human life,

All in violation of Title 21, United States Code, Section 858 and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From his engagement in any or all of the violations alleged in Counts One through Three punishable by imprisonment for more than one year, the defendant,

2

MOBASHAR ZAFAR TAHIR,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title and interest in:

    a.    property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations; and

    b.    property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

3.    Property subject to forfeiture includes, but is not limited to, the following:

A forfeiture money judgment in the amount the amount of proceeds the defendant obtained as a result of the conduct alleged in Count One of the Indictment.

4.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, sold to or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), up to the value of the forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
KELLEY C. HOWARD-ALLEN
Assistant United States Attorney

By: _____
ROBERT MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
APR 1991

Case No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MOBAHSAR ZAFAR TAHIR

## INDICTMENT

Violations: Title 21, United States Code, Sections 841(A)(1); 856(A)(1) AND 858

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of May, 2013.

_____
Clerk

Bail $ _____

T:\_Criminal Cases\T\Tahir, Mobashar_2012R01945_kchV_Indictment Back.wpd